THE HONORABLE THERESA L. FRICKE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LUCIANO MOLINA RIOS,<br><br>    Petitioner,<br><br>v.<br><br>JEFFERY UTTECHT,<br><br>    Respondent. | NO. 3:22-CV-05245-JHC-TLF<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having considered Respondent's motion for an extension of time, the Declaration of John J. Samson, and the records and files herein, does hereby find and ORDER:

Respondent's motion for an extension of time to October 7, 2022, to file an answer to the habeas corpus petition is GRANTED.

DATED this 23rd day of September 2022.

*[signature]*

THERESA L. FRICKE
United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ John J. Samson*
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General

ORDER GRANTING RESP'TS' MOT. FOR AN EXT. OF TIME TO FILE AN ANSWER
NO. 3:22-CV-05245-JHC-TLF

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445