UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUCIANO MOLINA RIOS,<br><br>Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Respondent. | Case No. 3:22-cv-5245-JHC-TLF<br><br>ORDER |

This matter comes before the Court on Petitioner's "Motion to Resubmit Attached 60(b)(4) Motion to Vacate Void Judgement." Dkt. # 25.  The Court has reviewed the motion, the rest of the case file, and the applicable law.  The Court construes the motion as brought under Federal Rule of Civil Procedure 60(b)(4).  For the reasons below, the Court DENIES the motion.

The motion is procedurally improper.  It raises an issue irrelevant to the Report and Recommendation, Dkt. # 21, Petitioner's objections thereto, Dkt. #22, and Court order adopting the Report and Recommendation and judgment thereon, Dkt. ## 23 and 24.  Thus, it raises no basis for a Rule 60(b)(4) challenge to the judgment.

Dated this 31st day of July, 2023.

John H. Chun
United States District Judge

ORDER - 1