UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUCIANO MOLINA RIOS,

                              Petitioner,

         v.

STATE OF WASHINGTON,

                              Respondent.

Case No. 3:22-cv-5245-JHC-TLF

ORDER

This matter comes before the Court on Petitioner's "Motion for Reconsideration On Court's Order."  Dkt. # 27.

Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

LCR 7(h)(1).  The motion fails to make either showing.  Accordingly, the Court DENIES the motion.

         Dated this 17th day of August, 2023.


                                   _____
                                   John H. Chun
                                   United States District Judge

ORDER - 1